| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Michael Taylor<br>Task Force Officer: Stuart Martin, A.T.F. | Telephone: (313) 226-9516<br>Telephone: (313) 202-3450 | |

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

United States of America
v.
Danzel Andrae Blackmon

Case No.  Case: 2:21-mj-30416
Judge: Unassigned,
Filed: 08-31-2021 At 10:05 AM
USA v. SEALED MATTER (CMP)(MLW)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 23, 2021__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Task Force Agent Stuart Martin, A.T.F.
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __August 31, 2021__

_____
*Judge's signature*

City and state: __Detroit, Michigan__           Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Task Force Officer Stuart Martin, being duly sworn, do hereby state the following:

### I. INTRODUCTION

1. I am a sworn Police Officer for the Detroit Police Department and have been employed there for seven years. I am currently a Federal Task Force Officer (TFO) assigned to the Firearms Investigation Team with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Task Force, and have been since August of 2020. I have been assigned to investigate gang, narcotics and weapons offenses in the City of Detroit and surrounding areas. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under federal law.

2. I have received extensive training at and successfully graduated from the Detroit Police Academy. I have personally investigated and assisted in numerous of cases, which lead to search warrants, arrests, prosecutions, and the seizure of quantities of narcotics and firearms. I am also a graduate of University of Detroit Mercy where I earned a bachelor's degree in criminal justice.

3. During my time in law enforcement, I have participated in numerous criminal investigations, involving firearms crimes, armed drug tracking violations, and offenses by criminal street gangs, among others. I have also authored numerous state search warrants and have been involved with the execution of the search warrants. In addition, I have utilized a variety of investigative techniques and resources as a Task Force Officer, including physical and electronic surveillance, undercover and various types of informants, and cooperating sources. Through these investigations, my training and experience, and conversations with other agents and other law enforcement personnel, I have become familiar with firearms violations.

4. The information contained in this affidavit is based both on my investigation and information provided to me by or through other law enforcement agents, investigators, and individuals with knowledge of this matter.

5. This affidavit establishes probable cause that Danzel Deandrae BLACKMON violated 18 U.S.C. § 922(g)(1), as a felon in possession of a firearm on June 23, 2021 and then on a second occasion

on August 20, 2021 in the Eastern District of Michigan. This affidavit sets forth probable cause that the offenses described were committed but does not include all the information known to law enforcement related to this investigation.

## II. PROBABLE CAUSE

6. On June 23, 2021, at approximately 11:27 a.m., Detroit Police Department (DPD) Officers Rodriguez and Wafer were on patrol in the area of Vernor Highway and Central Avenue in the City of Detroit, in the Eastern District of Michigan, when they observed a 2008 Jeep Grand Cherokee with tinted windows and an obscured license plate. After the vehicle pulled into a nearby gas station, the patrol unit activated their overhead lights and initiated a traffic stop. Officer Wafer made contact with the driver and advised the reason for the traffic stop. Officer Wafer identified the driver with a State of Michigan Identification Card as being Danzel Deandrae BLACKMON, Date of Birth (DOB): XX/XX/1987. While Officer Wafer was speaking to BLACKMON, Officer Rodriguez observed an open bottle of Hennessy liquor on the front passenger floor. BLACKMON was asked to exit the vehicle and he complied with the

3

request. Once he was outside the vehicle, he was secured with handcuffs. Officer Wafer began an inventory search of the Jeep Grand Cherokee before having the vehicle towed from the area. During the inventory search, Officer Wafer observed a knotted sandwich bag containing a white powdery substance consistent with narcotics packaging in the center console cup holder. Officer Wafer continued the inventory search and searched for other narcotics. Officer Wafer opened the hood of the vehicle and discovered a pistol in a black pair of pants that were stuffed inside of the engine compartment. Officer Wafer identified the firearm as being a black Heckler and Koch P2000SK, 9mm caliber pistol. The pistol was loaded with a magazine with ten (10) rounds of live ammunition in the magazine. A query in the Law Enforcement Information Network (LEIN) found BLACKMON did not possess a valid Concealed Pistol License (CPL). Per LEIN, it was also found the recovered pistol was reported stolen out of Gross Pointe, MI. While at the scene, officers let BLACKMON call his girlfriend before being transported to the Detroit Detention Center (DDC). While BLACKMON was on the telephone speaking to his girlfriend, BLACKMON stated,

4

"They found the gun." BLACKMON was arrested for the concealed weapon and was issued citations for traffic violations and the controlled substances. BLACKMON was then transported to the DDC, and his vehicle was towed from the scene.

7. On August 20, 2021, at approximately 11:54 p.m., Detroit Police Department (DPD) Officers Fragoso, Roberson, and Dorman were on foot patrol in the area of Macomb St. and Brush St. in the City of Detroit, in the Eastern District of Michigan, when Officer Fragoso observed a black 2011 Chrysler 200 sedan parked facing westbound on the south side of Macomb Street. As Officer Fragoso walked past the sedan, he could smell a strong odor of intoxicants emitting from inside the passenger compartment of the sedan. Officer Fragoso walked up to the sedan, and after shining his flashlight into the passenger compartment, he observed a bottle of Hennessy on the floor between BLACKMON's legs in plain view. BLACKMON was seated as the rear passenger, on the driver's side. While Officer Fragoso was speaking to BLACKMON, Officer Fragoso observed the barrel of a handgun under BLACKMON's right leg pointing in Officer Fragoso's direction. Officer

5

Fragoso asked BLACKMON if he possessed a valid CPL. BLACKMON advised that he did not. Officer Fragoso then asked BLACKMON to exit the sedan and BLACKMON complied with the request. Officer Fragoso recovered a black Smith and Wesson M&P Shield, .40 caliber pistol that was on top of the seat where BLACKMON had been sitting. The Smith and Wesson pistol was loaded with a magazine containing several rounds of live ammunition. BLACKMON was arrested for the concealed weapon and transported to the DDC without incident.

8. BLACKMON's computerized criminal history reveals the following felony convictions in the state of Michigan:

  a. 2005 - Police Officer Fleeing 3rd Degree. (3rd Circuit Court).

  b. 2010- Felony- Weapons Carrying Concealed; Weapons Felony Offense; Body Armor- Wearing during commission of violent crime. (3rd Circuit Court).

  c. 2010 - Delivery/Manufacture - Controlled Substance less than 50 grams. (6th Circuit Court).

  d. 2016- Assault with Intent to do Great Bodily Harm less than Murder or by Strangulation; Assault with a Dangerous

Weapon; Assault with a Dangerous Weapon; Operating-License Suspended, Revoked, Denied - Causing Serious Injury. (3rd Circuit Court).

9. BLACKMON was sentenced to serve more than one year in prison on several of his prior convictions, including a sentence of two years and five months to ten years on March 18, 2016, and discharged from his commitment with the Michigan Department of Corrections most recently in 2019. Therefore, there is probable cause that BLACKMON knew he had previously been convicted of an offense punishable by more than one year of imprisonment prior to both offense dates listed in this affidavit.

10. On August 23, 2021, Special Agent Michael Jacobs an ATF Interstate Nexus Expert, advised, based on a verbal description of the firearms, without physically examining the firearm, that the Heckler and Koch P2000SK pistol and Smith and Wesson M&P Shield pistol are both considered firearms as defined under 18 U.S.C. § 921, and that both were manufactured outside the state of Michigan and, therefore, had traveled through interstate or foreign commerce.

7

## III. CONCLUSION

11. Probable cause exists that Danzel BLACKMON, a previously convicted felon, knowing that he was previously convicted of an offense punishable by more than one year imprisonment, was in possession of the above-described firearms, and said firearms having traveled in interstate commerce, in violation of Title 18 U.S.C. § 922(g)(1).

Stuart Martin
Task Force Officer, ATF

Sworn to before me and signed in my presence
and/or by reliable electronic means.

HON. ANTHONY P. PATTI      August 31, 2021
UNITED STATES MAGISTRATE JUDGE